UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C.,
and NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C.,

                              Plaintiff,

        -against-                                            23 **CIVIL** 8521 (JSR)

                                                   **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                              Defendant.
-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 11, 2023, Defendants' motion to dismiss amended complaint is GRANTED with prejudice.

**Dated:**  New York, New York

      December 11, 2023

                                                             **RUBY J. KRAJICK**
                                                                Clerk of Court

                                    **BY:**
                                                                **Deputy Clerk**